Robert G. Johnson, Jr. (SBN 64248)
LAW OFFICES OF ROBERT G. JOHNSON, JR.
41391 Kalmia Street, Suite 210
Murrieta, California 92562
Telephone: (951) 667-1700
Facsimile: (951) 461-7700
E-mail: rjohnson@robertgreyjohnson.com

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CISNEY and KERRI CISNEY, | Case No.: 5:17-cv-00389-JGB |
| Plaintiffs, | [~~PROPOSED~~] ORDER ON JOINT STIPULATION TO CONTINUE ORDER SETTING SCHEDULING CONFERENCE |
| v. | |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

The Court having received and read the jointly submitted stipulation to continue the Order Setting Scheduling Conference, and finding good cause, orders as follows:

IT IS SO ORDER that the Order Setting Scheduling Conference, currently set for May 15, 2017 at 11:00 a.m., will be continued to June 12, 2017 at 11:00 a.m.

Dated: May 12, 2017

_____
Hon. Jesus G. Bernal

[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO CONTINUE ORDER SETTING SCHEDULING CONFERENCE

1