# IN THE UNITED STATED DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **ERIC CISNEY AND KERRI CISNEY;** : | |
| : | **CASE NO.: 5:17-CV-959** |
| **Plaintiff,** : | |
| v. : | |
| **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,** : | |
| **Defendants.** : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties who have appeared in this action hereby file this Joint Stipulation of Dismissal without prejudice. Nothing herein shall be construed to prejudice the Parties' right to arbitrate the amount of damages to which the Cisneys are entitled under the underinsured motorists coverage of their policy.

Respectfully submitted this 18th day of July 2017.

| COUNSEL FOR METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY | COUNSEL FOR ERIC CISNEY AND KERRI CISNEY |
|---|---|
| */s/ John A. Little, Jr.* <br> Edward M. Holt <br> John A. Little, Jr. <br> Maynard, Cooper & Gale, P.C. <br> 2400 Regions/Harbert Plaza <br> 1900 Sixth Avenue North <br> Birmingham, AL 35203 <br> Telephone: 205.254.1000 <br> Facsimile: 205.254.1999 <br> tholt@maynardcooper.com <br> jlittle@maynardcooper.com | */s/ M. Todd Lowther* <br> M. Todd Lowther <br> Kerra K. Hicks <br> Balch & Bingham LLP <br> 1901 Sixth Avenue North <br> Suite 1500 <br> Birmingham, AL 35203 <br> Telephone: (205) 251-8100 <br> Facsimile: (203) 226-8799 <br> tlowther@balch.com <br> khicks@balch.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the clerk using the CM/ECF system which provided notice to the following on this 18th day of July 2017.

Robert G Johnson, Jr
Robert G Johnson Jr Law Offices
27136 B Paseo Espada Suite 1121
San Juan Capistrano , CA  92675
Email:Rjohnson@robertgreyjohnson.Com

M. Todd Lowther
Kerra K. Hicks
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (203) 226-8799
tlowther@balch.com
khicks@balch.com

> */s/ John A. Little, Jr.*
> John A. Little, Jr.

04069841.2