FILED
2017 Jul-18  PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ERIC CISNEY, et al., | ) |
| Plaintiffs | ) |
| vs. | ) Case No.  5:17-cv-00959-HNJ |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | ) |
| Defendant | ) |

## DISMISSAL ORDER

Pursuant to the parties' Stipulation of Dismissal (Doc. 27), the court ORDERS, ADJUDGES and DECREES that this action is DISMISSED WITHOUT PREJUDICE.   The parties retain the right to arbitrate the amount of damages due to plaintiffs under the underinsured motorists coverage of their policy.

DONE this 18th day of July, 2017.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE